UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 2 4 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

BROADCAST MUSIC, INC.;                       )
MJ PUBLISHING TRUST d/b/a MIJAC              )
MUSIC; SONY/ATV SONGS LLC                    )
d/b/a SONY/ATV TREE PUBLISHING;              )
CYANIDE PUBLISHING; WELSH                    )
WITCH MUSIC; SHOWBILLY                       )
MUSIC; REX BENSON MUSIC;                     )
STONE FOREST MUSIC; TRIPPTUNES;              )
BLUE PLATE MUSIC PUBLISHING;                 )
BOCEPHUS MUSIC, INC.;                        )
SONY/ATV SONGS LLC; BEANLY                   )
SONGS; EMI BLACKWOOD MUSIC,                  )
INC.; HINDER MUSIC CO., A                    )
DIVISION OF HINDER PUBLISHING                )
LLC,                                         )
                                             )
            Plaintiffs,                      )   CIVIL ACTION NO.: 14-2227
                                             )
    v.                                       )
                                             )
BRANNON MANAGEMENT, LLC                      )
d/b/a BRANNON'S PUB and GRILL;               )
and BILL BRANNON, individually,              )
                                             )
            Defendants.                      )

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1.   This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.   Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

1

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff MJ Publishing Trust a trust doing business as Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Cyanide Publishing is a partnership owned by Robert Kuykendall, Richard A. Ream, Bruce Johannesson and Bret M. Sychak. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Welsh Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Showbilly Music is a sole proprietorship owned by Ronnie Gene Dunn. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Rex Benson Music is a sole proprietorshop owned by Rex White Benson.

371575-1

This Plaintiff is the copyright owner of at least one of the songs in this matter

11.     Plaintiff Stone Forest Music is a sole proprietorship owned by Michael A. Palmer. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12.     Plaintiff Tripptunes is a sole proprietorship owned by Daniel Joseph Tripp. This Plaintiff is the copyright owner of at least one of the songs in this matter

13.     Plaintiff Blue Plate Music Publishing is a partnership owned by Michael D. Laskow, Michael Lederer and Douglas K. Minnick. This Plaintiff is the copyright owner of at least one of the songs in this matter

14.     Plaintiff Bocephus Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter

15.     Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter

16.     Plaintiff Beanly Songs is a sole proprietorship owned by Jesse Harris. This Plaintiff is the copyright owner of at least one of the songs in this matter

17.     Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18.     Plaintiff Hinder Music Co. is a division of Hinder Publisher LLC, a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19.     Defendant Brannon Management, LLC is a limited liability company organized and existing under the laws of the State of Arkansas, which operates, maintains and controls an establishment known as Brannon's Pub and Grill, located at 2508 Market Trace, Fort Smith, AR 72908-8676, in this district (the "Establishment").

20.     In connection with the operation of the Establishment, Defendant Brannon

371575-1

Management, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

21. Defendant Brannon Management, LLC has a direct financial interest in the Establishment.

22. Defendant Bill Brannon is a member of Defendant Brannon Manegement, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

23. Defendant Bill Brannon has the right and ability to supervise the activities of Defendant Brannon Management, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

24. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 23.

25. Plaintiffs allege ten (10) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as Exhibit A and incorporated herein is a schedule (the "Schedule") is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of

information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as

Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: October 23, 2014

By: _____
Amy Lee Stewart
Arkansas Bar No. 88167
Bourgon B. Reynolds
Arkansas Bar No. 2012290
Rose Law Firm
a Professional Association
120 East Fourth Street
Little Rock, AR 72201-2893
Tel. (501) 375-9131
Email: astewart@roselawfirm.com

Attorney(s) for Plaintiffs

6

371575-1