# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Crazy | |
| Line 3 | Writer(s) | Willie Nelson | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing | |
| Line 5 | Date(s) of Registration | 3/6/89 | 10/16/61 |
| Line 6 | Registration No(s). | RE 422-869 | Ep 156698 |
| Line 7 | Date(s) of Infringement | 3/19/2014 | |
| Line 8 | Place of Infringement | Brannon's Pub & Grill | |


EXHIBIT A

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Every Rose Has Its Thorn |
| Line 3 | Writer(s) | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Alan Ream p/k/a Rikki Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Richard A. Ream, Bruce Johannesson and Bret M. Sychak, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 8/1/88 |
| Line 6 | Registration No(s). | PA 374-492 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Neon Moon |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 9/16/91 |
| Line 6 | Registration No(s). | PA 536-368 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Nothin' But A Good Time |
| Line 3 | Writer(s) | Bret Michael Sychak p/k/a Bret Michaels; Bruce Anthony Johannesson p/k/a C.C. DeVille; Robert Harry Kuykendall p/k/a Bobby Dall; Richard Ream p/k/a Rikki Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Richard A. Ream, Bruce Johannesson and Bret M. Sychak, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 8/15/88 |
| Line 6 | Registration No(s). | PA 377-966 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Buy Me A Rose |
| Line 3 | Writer(s) | James Stephen Funk, Erik Hickenlooper |
| Line 4 | Publisher Plaintiff(s) | Rex White Benson dba Rex Benson Music; Michael A. Palmer dba Stone Forest Music; Daniel Joseph Tripp dba Tripptunes; Michael D. Laskow, Michael Lederer and Douglas K. Minnick, a partnership dba Blue Plate Music Publishing |
| Line 5 | Date(s) of Registration | 9/28/99 |
| Line 6 | Registration No(s). | PA 968-869 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Blues Man |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 4/16/80 |
| Line 6 | Registration No(s). | PA 65-258 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Don't Know Why |
| Line 3 | Writer(s) | Jesse Harris |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Jesse Harris, an individual d/b/a Beanly Songs |
| Line 5 | Date(s) of Registration | 6/4/02 |
| Line 6 | Registration No(s). | PA 1-090-405 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Lips Of An Angel |
| Line 3 | Writer(s) | Austin Winkler; Ross Hanson; Lloyd Garvey; Mark King; Michael Rodden; Brian Howes |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Hinder Music Co., a Division of Hinder Publishing LLC |
| Line 5 | Date(s) of Registration | 12/14/05 |
| Line 6 | Registration No(s). | PA 1-162-967 |
| Line 7 | Date(s) of Infringement | 3/19/2014 |
| Line 8 | Place of Infringement | Brannon's Pub & Grill |